**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  26 MJ 00082 SAB |
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| | (Violation of Supervised Release) |
| DANNY ANTHONY PADILLA, | |
| Defendant. | |

The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

[x]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[X]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

Dated:   **July 8, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge